IN THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TERRETTA WEBB, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY JONES REALTY, INC., )<br>)<br>Defendant. ) | Civil Action No. 1-04-1288-T/An<br><br>JURY DEMAND<br><br>Judge Todd/Magistrate Anderson |

## ORDER

Defendant, Stanley Jones Realty, Inc., filed a motion to excuse the late filing of its Corporate Disclosure Statement together with its Corporate Disclosure Statement. Defendant represents that Plaintiff has stated she does not oppose the motion and no prejudice is shown by excusing the late filing. Therefore, the motion is GRANTED and the late filing of Defendant's Corporate Disclosure Statement is hereby EXCUSED.

It is so ORDERED.

S. Thomas Anderson, U.S. Magistrate
U. S. District Court, W. D. Tennessee
20 May 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 05-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:04-CV-01288 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Kathleen Gail Henderson
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable James Todd
US DISTRICT COURT