IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TERRETTA WEBB,

    Plaintiff,

vs.

STANLEY JONES REALTY, INC.,

    Defendant.

Civil Action No.  1-04-1288-T/An

JURY DEMAND

Judge Todd/Magistrate Anderson

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL FOR DEFENDANT

Kathleen Henderson of the firm of King & Ballow, counsel for the Defendant, has filed a motion for withdrawal of counsel pursuant to her activation for military duty. Mark Stamelos, also with the firm of King & Ballow and counsel for the Defendant, has filed a notice of appearance in this matter.

For good cause shown, the motion for withdrawal of Ms. Henderson as counsel is hereby GRANTED and Mr. Stamelos is hereby substituted as counsel of record for the Defendant.

It is noted that in the motion for withdrawal, counsel has stated that Defendant may seek modification of the scheduling deadlines set in this matter. The scheduling deadlines as set forth in This Court's Rule 16(b) Joint Scheduling Order, filed on March 30, 2005, remain in effect and the parties are to adhere to such deadlines to the extent possible. If it appears that modification of the deadlines becomes necessary, Defendant will consult with the Plaintiff in attempt to reach mutually agreeable scheduling deadlines

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _____ 06-23-05

and file a motion with This Court seeking such modification.   The parties are to attempt

to reach mutually agreeable dates for scheduling where possible.

Wherefore, the motion for withdrawal is hereby GRANTED.  The Clerk of Court

is hereby ORDERED to remove Kathleen Henderson from the service list and substitute

Mark Stamelos as counsel of record for the Defendant.  IT IS SO ORDERED.

~~JAMES D. TODD~~
UNITED STATES DISTRICT JUDGE

June 22, 2005
Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 1:04-CV-01288 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Mark E. Stamelos
KING & BALLOW
315 Union Street
Nashville, TN 37201

Kathleen Gail Henderson
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

Honorable James Todd
US DISTRICT COURT