IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| TERRETTA WEBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   04-1288 T/An |
| | ) | |
| STANLEY JONES REALTY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO AMEND COMPLAINT

Before the Court is Plaintiff's Motion to Amend Complaint filed on June 21, 2005. For the reasons set forth below, the Motion is **GRANTED**.

A pleading may be amended "only by leave of court . . . and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). "In deciding whether to allow an amendment, the court should consider the delay in filing, the lack of notice to the opposing party, bad faith by the moving party, repeated failure to cure deficiencies by previous amendments, undue prejudice to the opposing party, and futility of amendment." *Perkins v. Am. Elec. Power Fuel Supply, Inc.*, 246 F.3d 593, 605 (6th Cir. 2001). After review, the Court can see no reason why the Motion should not be granted. Additionally, Defendant's counsel has informed Plaintiff's counsel that the Defendant does not oppose the instant motion. Therefore, because motions to amend should be freely granted and for good cause shown, the Motion is **GRANTED**. Plaintiff is ordered to

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __06-23-05__

file its Amended Complaint with the Clerk's office within 11 days of entry of this Order.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 22, 2005

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 1:04-CV-01288 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Mark E. Stamelos
KING & BALLOW
315 Union Street
Nashville, TN 37201

Honorable James Todd
US DISTRICT COURT