IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TERRETTA WEBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO.: 04-1288-T-An |
| | ) |
| STANLEY JONES REALTY, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to an Order of Reference entered June 28, 2005, this case has been referred to the Magistrate Judge for a new scheduling conference.

Counsel are therefore directed to confer regarding proposed deadlines and a new trial date and submit to the Court within 15 days from entry of this Order a proposed Amended Scheduling Order which is consistent with the Court's normal Scheduling Order.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Dated: July 05, 2005

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 7/7/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:04-CV-01288 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Mark E. Stamelos
KING & BALLOW
315 Union Street
Nashville, TN 37201

Honorable James Todd
US DISTRICT COURT