IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TERRETTA WEBB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   1:04-CV-1288 T/An |
| ) | |
| STANLEY JONES REALTY, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER DENYING MOTION TO AMEND COMPLAINT AND/OR
## TO FILE A FIRST AMENDED COMPLAINT

Before the Court is Plaintiff's Motion to Amend Complaint and/or to File a First Amended Complaint and Memorandum in Support Thereof filed on August 25, 2005. Plaintiff failed to attach a copy of her Amended Complaint. A pleading may be amended "only by leave of court . . . and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). In order to determine whether justice so requires, "the court must have before it the substance of the proposed amendment." *Roskam Baking Co. v. Lanham Machinery Co.*, 288 F.3d 895, 906 (6th Cir. 2002). Moreover, "[a]lthough the Civil Rules do not expressly deal with the manner of presentation of amendments to pleadings, there is substantial authority . . . that Civil Rules 7(b)(1) and 15(a) impliedly require submission of the proposed amended pleading with the motion to amend." *Nation v. United States*, 512 F. Supp. 121, 124 (S.D. Ohio 1981); *see also Bownes v. City of Gary, Ind.*, 112 F.R.D. 424, 425 (N.D. Ind. 1986); 6 Charles Alan Wright et al., *Federal Practice and Procedure* § 1485 (2d ed. 1990). In the present case, Plaintiff did not attach a copy of the proposed amendment, and it is not possible to determine the "substance of

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  09-01-05

(44)

the proposed amendment" from the document Plaintiff filed.[1]  Plaintiff's Motion should thus be denied.

Therefore, the motion is **DENIED** without prejudice.  Plaintiff may re-file the instant Motion with a copy of her proposed Amended Complaint attached.

**IT IS SO ORDERED.**

*S. Thomas Anderson* (signature)
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

August 29, 2005
DATE

---

[1] Additionally, because the District Court has previously dismissed Plaintiff's slander claim, it is even more incumbent that the Plaintiff attach a copy of any proposed amendment.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 1:04-CV-01288 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

Mark E. Stamelos
KING & BALLOW
315 Union Street
1100 Union Street Plaza
Nashville, TN 37201

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable James Todd
US DISTRICT COURT