IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TERRETTA WEBB, | |
| Plaintiff, | Civil Action No. 1-04-1288-T/An |
| vs. | JURY DEMAND |
| STANLEY JONES REALTY, INC., | Judge Todd/Magistrate Anderson |
| Defendant. | |

## ORDER

This matter having come before the Court upon the Suggestion of Bankruptcy filed by Stanley Jones Realty, and it appearing that the automatic stay of 11 U.S.C. § 362(a) is in effect as of October 15, 2005 as to matters involving Stanley Jones Realty, Inc.

**IT IS HEREBY ORDERED** that all matters in this case involving Stanley Jones Realty, Inc. are stayed.

_____
U.S. DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on __10-27-05__

**APPROVED FOR ENTRY:**

_____
Mark E. Stamelos, TN BPR 21021
King & Ballow
1100 Union Street Plaza
315 Union Street
Nashville, Tennessee 37201
Phone: (615) 726-5491

Attorney for Stanley Jones Realty, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing proposed Order was duly served this 24th day of October 2005 via postage first class U.S. Mail addressed as follows:

> Stephen H. Biller, Esquire
> The Bogatin Law Firm
> 1661 International Place Drive, Suite 300
> Memphis, Tennessee 38120

Please take notice that the original copy is being presented for filing with the clerk of court.

_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 1:04-CV-01288 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Mark E. Stamelos
KING & BALLOW
315 Union Street
1100 Union Street Plaza
Nashville, TN 37201

Honorable James Todd
US DISTRICT COURT