IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ____ 𝒮𝒻 ____ D.C.

05 OCT 31 AM 9: 35

CLERK U S DISTRICT COURT
W/D OF TN. JACKSON

| | | |
|---|---|---|
| TERRETTA WEBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 04-1288-T/An |
| | ) | |
| STANLEY JONES REALTY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER CLOSING CASE ADMINISTRATIVELY

On October 26, 2005, the Court issued an order staying this case in accordance with 11 U.S.C. § 362(a), following defendant Stanley Jones Realty Inc.'s notice of filing bankruptcy. Therefore, the Clerk of Court is directed to close this case for administrative purposes.

Should circumstances change so that further proceedings are necessary, either party may file a motion to reopen the case.

IT IS SO ORDERED.

James D. Todd

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

28 October 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 10-31-05

48

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 1:04-CV-01288 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Mark E. Stamelos
KING & BALLOW
315 Union Street
1100 Union Street Plaza
Nashville, TN 37201

Honorable James Todd
US DISTRICT COURT